# ELECTRONIC RECORD

1583-14

COA # 04-14-00052-CR    OFFENSE: POSS. CONTROLLED SUBSTANCE

STYLE: CARLI MCGAA V. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 399TH DISTRICT COURT

DATE: 10/15/14    Publish: NO    TC CASE #: 2013CR1004

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD

STYLE: CARLI MCGAA V. THE STATE OF TEXAS    CCA #: 1583-14

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: 02/04/2015
JUDGE: _Per Curiam_

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____